UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-cv-10743-ADB

PRIMERICA LIFE INSURANCE COMPANY,

  Plaintiff

v.

SEAN BAILEY, DOWN THE ROAD BREWERY, INC. JIMMY CROTT and AYBIKE CROTT,

  Defendants.

## ORDER

Pursuant to Fed.R.Civ.P. 67 and L.Civ.R. 67.2, the Court's review of the papers and good cause having been shown, it is hereby Ordered that the Plaintiff, Primerica Life Insurance Company's ("Primerica") Motion to Deposit Funds with the Court is allowed, and Primerica is permitted to deposit the benefit amount payable under the life insurance policy at issue, plus state interest, into the Court's Registry of Funds.

**SO ORDERED.**

_____
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

December 16, 2021