UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-cv-10743-ADB

PRIMERICA LIFE INSURANCE COMPANY,

   Plaintiff

v.

SEAN BAILEY, DOWN THE ROAD BREWERY, INC. JIMMY CROTT and AYBIKE CROTT,

   Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(i) that this action, including any counterclaims and cross claims filed, be dismissed with prejudice, without costs, without attorney's fees, and without rights of appeal as to all claims, causes of action, and parties.

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| Primerica Life Insurance Company | Sean Bailey, |
| By Its Attorneys, | By His Attorneys, |
| | |
| */s/ Bethany P. Minich* | */s/ David B. Mack* |
| Bethany P. Minich, BBO # 648163 | David B. Mack, BBO # 631108 |
| minich@litchfieldcavo.com | Stephanie R. Parker, BBO # 687610 |
| Litchfield Cavo, LLP | O'Connor Carnathan and Mack LLC |
| 6 Kimball Lane, Suite 200 | 67 South Bedford Street, Suite 400W |
| Lynnfield, MA 01940 | Burlington, MA 01803 |
| Tel: (781) 309-1500 | Tel: (781) 359-9000 |
| Fax: (781) 246-0167 | dmack@ocmlaw.net |
| | sparker@ocmlaw.net |

The Defendants
Jimmy Crott and Aybike Crott
By Their Attorneys

*/s/ Adam Hamel*
Adam Hamel BBO # 663128
McLane Middleton
300 Trade Center, Suite 7000
Woburn, MA 01801
Tel: (781) 904-2700
Adam.hamel@mclane.com


CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2022.


                                    */s/ Bethany P. Minich*
                                    Bethany P. Minich